1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                   EASTERN DIVISION

10

11 SHIRLEY L. LEWIS,              )    CASE NO.: **EDCV 10-0119 CW**
                                  )
12          Plaintiff,            )    ORDER AWARDING
                                  )    EAJA FEES
13       v.                       )
                                  )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security, )
15                                )
            Defendant.            )
16 _____ )

17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

22 THREE HUNDRED TWENTY-SEVEN DOLLARS and no/cents ($2,327.00), as

23 authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

24 Stipulation.

25      DATED:    January 27, 2011

26                        _Carea M. Woehler_

27                   UNITED STATES MAGISTRATE JUDGE

28

                            1